

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ARTURO JIMENEZ, | § | No. 08-25-00035-CV |
| Appellant, | § | Appeal from the |
| v. | § | 448th District Court |
| HECTOR HERNANDEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2023DCV0946) |
| | § | |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. Tex. R. App. P. 42.3(b), 37.3(b).

The clerk's record in this appeal was due on February 25, 2025.[1] On February 26, 2025, the District Clerk of El Paso County notified this Court that no clerk's record would be filed because Appellant had not made financial arrangements for its preparation. That same day, the Clerk of this Court sent Appellant a letter notifying him that it appeared he no longer wished to pursue this appeal as no arrangements had been made for the preparation of the clerk's record as required by Rule 35.3(a)(2). *Id.* 35.3(a)(2). The letter indicated that the appeal may be submitted

---

[1] Pursuant to Rule 34.5a, an appellant in a civil case may elect to file an appendix in lieu of a clerk's record if, within ten days after the notice of appeal is filed, the appellant also files a notice of election with the trial court and with the court of appeals. Tex. R. App. P. 34.5a. Appellant did not file such notice in this Court, and we set the due date for the clerk's record pursuant to Rule 35.1. *Id.* (providing deadlines for filing a clerk's record in a civil appeal).

to this Court for dismissal without further notice unless the Appellant showed grounds for continuing the appeal no later than March 8, 2025; the letter further requested the District Clerk to confirm whether satisfactory arrangements for the preparation of the clerk's record by March 8, 2025. *See Id.* 37.3(b) (authorizing a court of appeals to dismiss an appeal for want of prosecution if an appellant fails to make arrangements with the district clerk for preparing the clerk's record). On March 10, 2025, the District Clerk sent a second letter to notify this Court that no financial arrangements for the clerk's record have been made.

As of this date, Appellant has not made satisfactory arrangements for the preparation of the clerk's record. Accordingly, we dismiss this appeal for want of prosecution. *Id.* 37.3(b), 42.3(b).


LISA J. SOTO, Justice

March 21, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.